IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:21-CV-00132-D

GILBERT BREEDLOVE and
THOMAS HOLLAND,

          Plaintiffs,

v.

THE NORTH CAROLINA ADMINISTRATIVE
OFFICE OF THE COURTS,
HONORABLE JUDGE RICHARD K. WALKER,
Chief District Court Judge, and
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

          Defendants.

**ORDER**

THIS MATTER having come before the undersigned upon Plaintiffs' Motion for substitution of The Honorable Judge Roy Wijewickrama, current Chief District Court Judge of Graham and Swain Counties, as a named party defendant in lieu of the original named defendant The Honorable Judge Walker, retired, pursuant to Fed.R.Civ.P. 25(d).

And after review of the pleadings and Fed.R.Civ.P. 25(d), the Court being of the opinion that the substitution should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT The Honorable Judge Wijewickrama be substituted as a named party defendant in lieu of the original named defendant The Honorable Judge Walker.

SO ORDERED. This the 19 day of May, 2021.

                                            JAMES C. DEVER III
                                            United States District Judge