UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GILBERT BREEDLOVE, and THOMAS W. HOLLAND, ) ) ) Plaintiffs, ) ) v. ) ) ) DIRECTOR ANDREW HEATH, EQUAL ) EMPLOYMENT OPPORTUNITY ) COMMISSION, NORTH CAROLINA ) ADMINISTRATIVE OFFICE OF THE ) COURTS, and ROY WIJEWICKRAMA ) ) Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:21-CV-132-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on May 5, 2021, plaintiffs voluntarily dismissed Andrew Heath as a defendant.

IT IS FURTHER ORDERED, AND DECREED that the court GRANTS the EEOC's motion to dismiss under Rule 12(b)(l) [D.E. 19], GRANTS NCAOC and Chief Judge Wijewickrama's motion to dismiss under Rule 12(b)(6) [D.E. 25], and DISMISSES WITHOUT PREJUDICE plaintiffs' complaint [D.E. 1].

**This Judgment Filed and Entered on February 11, 2022, and Copies To:**

| | |
|---|---|
| W. Ellis Boyle | (via CM/ECF electronic notification) |
| Joshua B. Royster | (via CM/ECF electronic notification) |
| Joseph Finarelli | (via CM/ECF electronic notification) |
| Kathryn H. Shields | (via CM/ECF electronic notification) |

DATE:  
February 11, 2022

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk